*Stephen W. Hanley* and *Spencer Byard* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Reuben Levy, Harry E. O'Donnell, Benjamin Offner* and *Leo Sachnoff* of counsel), for City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BALDASSARO DE MINO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE PENNISE, Appellant.

Argued June 4, 1953; decided July 14, 1953.

*William W. Kleinman* and *Mortimer Sattler* for Baldassaro De Mino, appellant.

*Abraham H. Brodsky* and *Julius A. Itzkowitz* for Salvatore Pennise, appellant.

*Miles F. McDonald, District Attorney* (*Aaron Nussbaum* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY FICHTNER, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH McGUINNESS, Appellant.

Argued May 25, 1953; decided July 14, 1953.

